United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 00-5449 September Term, 2001
 Filed On: May 13, 2002 [677280]
Willie Jefferson,
 Appellant
 
v.

Department of Justice, Office of Professional Responsibility,
 Appellee
 

 Appeal from the United States District Court
 for the District of Columbia
 (No. 00cv01489)
 
 
 
 Before: Henderson, Randolph and Rogers, Circuit Judges.

 O R D E R

 It is ORDERED, by the Court, sua sponte, that the opinion filed herein on April 2, 2002
is amended, as follows:

 Page 3, first paragraph, line 6 - change "FOIA Exemption 5" to "FOIA Exemption 7(A)".

 Page 3, first paragraph, line 7 - change "Jefferson v. Dep't of Justice" to "Jefferson v.
Reno".
 Page 3, first paragraph, line 10 - change to read as follows: "...government informed the
district court on October 1, 1997, that...".

 Page 4, second full paragraph, line 5 - change "regard" to "regards".

 Per Curiam
FOR THE COURT:
Mark J. Langer, Clerk

 BY: Michael C. McGrail
Deputy Clerk